Garrison (interpleader) vs. McAllister & Co.—Langstaff & Hulme vs. Rock.

---

### GARRISON (INTERPLEADER) vs. McALLISTER & CO.

An interpleader cannot be entertained in a suit under the act "concerning boats and vessels."

### APPEAL from St. Louis Court of Common Pleas.

CROCKETT & KASSON, for defendants.

Interpleader is a special process given by statute in certain cases of the attachment of the property of debtors, to abide final judgment. Rev. Stat., "Attachments," art. 1, secs. 39, 40.

This suit is under another statute—that regulating boats and vessels. Ch. 20, sec. 3, &c., 11, &c., in which no process of interpleader is allowed.

The process of interpleader is limited to proceedings under the attachment act, of which it is a part.

Judge BIRCH delivered the opinion of the court.

The only point in this case being whether an interplea can be entertained in a suit under the statute "concerning boats and vessels," and it being manifest from an examination of the statute that that remedy is not given, the judgment of the court of common pleas is affirmed.